UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-CV-

AGI INVESTIGATIONS & TRAINING SECURITY,
LLC, a Florida limited liability company,

        Plaintiff,

v.

REGIONS BANK, an Alabama corporation,

        Defendant.
_____/

**COMPLAINT**
(Fla. Bar No. 133162)

Plaintiff AGI Investigations & Training Security, LLC, ("AGI"), by its undersigned attorneys, sues Defendant Regions Bank ("Regions") and alleges:

## THE PARTIES

1. AGI is a Florida limited liability company, the principal place of business of which is located in Palm Beach County, Florida. AGI maintains two (2) accounts at Regions: (a) Lifegreen Business Checking Account No. 0252116409 ("the 09 Account"); and (b) Business Premium Money Market Account No. 0296873469 ("the 69 Account").

2. Regions is an Alabama corporation which is authorized to conduct a banking business in the State of Florida. Its principal place of business is located in Birmingham, Alabama. Regions has designated Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301, as its Florida Registered Agent.

## SUBJECT-MATTER JURISDICTION

3. This is a civil action for damages which exceed $75,000.00, exclusive of interest and costs. Subject-matter jurisdiction exists by virtue of 28 U.S.C. § 1332, diversity of citizenship.

## VENUE

4. The venue of this civil action is properly laid in the Southern District of Florida because Regions is subject to the personal jurisdiction of the Court.

## CONDITIONS PRECEDENT

5. All conditions precedent to the commencement and prosecution to final judgment of this civil action have taken place, have been performed or have been waived or excused by Regions.

## THE RELEVANT DOCUMENTS

6. Attached hereto as Exhibit "A" is a copy of Regions' Deposit Agreement ("the Agreement"), which governs the relationship between Regions and AGI with respect to activity in the 09 Account and the 69 Account, the contents of which are incorporated herein by reference.

7. Attached hereto as Exhibit "B" is a copy of the 09 Account's statement for the period May 30, 2020, through June 20, 2020, the contents of which are incorporated herein by reference.

8. Attached hereto as Exhibit "C" is a copy of the 09 Account's statement for the period July 31, 2020, though July 31, 2020, the contents of which are incorporated herein by reference.

9. Attached hereto as Exhibit "D" is a copy of the 09 Account's statement for the period August 1, 2020, through August 31, 2020, the contents of which are incorporated herein by reference.

10. Attached hereto as Exhibit "E" is a copy of the 69 Account's statement for the period July 2, 2020, through July 16, 2020, the contents of which are incorporated herein by reference.

11. Attached hereto as Exhibit "F" is a copy of the 69 Account's statement for the period July 17, 2020, through August 14, 2020, the contents of which are incorporated herein by reference.

## THE FACTS

12. Prior to June 26, 2020, AGI applied to Cross River Bank, 400 Kelby Street, 14th Floor, Fort Lee, New Jersey 07024, for a $250,000.00 loan under the Paycheck Protection Program. That application was approved and, as reflected on Exhibit "B", on June 26, 2020, the proceeds of that loan were electronically transferred by CRB to Regions and credited to the 09 Account.

13. As reflected on Exhibit "D", on August 27, 2020, the 09 Account was debited in the sum of $83,160.95. That debit transaction was not precipitated by the service upon

3

Regions of legal process.

13. As reflected on Exhibit "F", the 69 Account's balance as of August 14, 2020, was $100,024.05. However, without having been served with legal process, Regions has "frozen" the 69 Account, thereby denying AGI access to its deposited funds.

## CLAIM FOR RELIEF

13. Regions breached the Agreement when, on August 27, 2020, it debited the 09 Account in the sum of $83,160.95. Further, Regions breached the Agreement when, on a date after August 14, 2020, it "froze" the 69 Account, thereby denying AGI access to its deposited funds.

14. As the proximate result of Regions' breaches of the Agreement specified in the preceding paragraph of this complaint, AGI has suffered economic injuries for which it is entitled to recover damages from Regions.

15. Regions should be held liable to AGI in breach of contract damages in the principal sum of $183,185.90.

Wherefore, AGI demands judgment for damages against Regions in the principal sum of $183,185.90, plus pre-judgment interest and the costs of this civil action.

> METSCHLAW, P.A.
> Attorneys for AGI
> 20801 Biscayne Blvd., Suite 300
> Aventura, FL 33180-1423
> Telephone: (305) 792-2540
> Telecopier: (305) 792-2541
> E-Mail: l.metsch@metsch.com

by /s/ _____
LAWRENCE R. METSCH
FBN 133162